*Special Cause*
*United States District Court*
*Eastern Div of Virginia*
*Pia Gordon Vs. Robert S. Day, BB&T (nka Truist)*

3:23 cv 739

i.

Complainant: under seal *Robert S. DAY / BB&T Bank (NKA Truist)*
County: prince edward
County where cause arose: prince edward

Defendant: the Pia Gordon-Lawson estate, et al, under seal
County: Prince Edward

SPECIAL PRIVATE PRIORITY

ii

exclusive equity jurisdiction under article iii §2 subdivision 1 of this written constitution for the united states of america.

iii

complainant is a private citizen of the united states, american national, privately residing within the union member state of iowa, within a non-military occupied private estate and outside a "federal district" and not subject to the jurisdiction of the "united states"

iv

appeal to chief justice of the united states for the federal circuit for private evidentiary hearing in chambers

V.

nature of suit is extraordinary, special, exigent and private restricted, confidential, proprietary and privileged, *not for publication*.

vi.

this special cause is miscellaneous filing on the register in chancery pursuant to this constitution for the united states of america, article iii §2 subdivision 1 to enforce a private express trust; judiciary act 1789 §11, §16, §20, first congress session one.

class action: no
dollar demand: no
jury demand: no

this cause is not related to any other action at law.



NOV - 3 2023

SPECIAL PRIVATE PRIORITY